UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| H.E.B., LLC, | Case No. 2:17-cv-00627-APG-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| JACKSON WALKER, LLP, *et al.*, | (ECF No. 6) |
| Defendant(s). | |

Based upon the plaintiff's request (ECF No. 6), this case is dismissed without prejudice due to lack of subject matter jurisdiction.

DATED this 4th day of April, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE